IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THEODORE L. WHIDDEN,

    Plaintiff,
v.                                        CASE NO. 5:17-cv-197-RH-GRJ

QUINTON HOLLIS, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a *pro se* civil rights complaint. (ECF No. 1.) The Court, however, found Plaintiff's complaint deficient for multiple reasons, and the Court ordered him to file an amended complaint. (ECF No. 4.) Plaintiff then filed two amended complaints, which the Court also found deficient. (ECF Nos. 5, 6, 10, 11.) Plaintiff was then afforded one final opportunity to amend his complaint on or before February 21, 2018, to allege a claim that Defendant Officer Hollis violated his Fourth Amendment rights regarding the alleged unlawful search of his vehicle and seizure of firearms. (ECF No. 11.)

Rather than filing an amended complaint, Plaintiff filed a motion "requesting stay of execution/withdrawing case." (ECF No. 12.) In that motion, Plaintiff said he needed a "stay of execution of the filings" so that

he could seek guidance of counsel. (*Id.*) He also said he "must step away from this [case] for a period of time to recover" from a multitude of alleged violations, complaints, and injustices. (*Id.*)

The Court informed Plaintiff that it would not stay his case for an indefinite period of time and construed the motion as a request for an extension of time, providing Plaintiff until March 7, 2018, to file his third amended complaint. (ECF No. 13.) The Court also advised Plaintiff that if he instead wished to voluntarily dismiss his case, he should file a notice of voluntary dismissal by February 21, 2018. (*Id.*) Lastly, the Court warned Plaintiff that failure to comply within the allotted time, or to show cause why Plaintiff is unable to comply, will result in a recommendation to the district judge that the case be dismissed without further notice for failure to prosecute and for failure to comply with a Court order. (*Id.*)

As of the date of this report and recommendation, Plaintiff has not complied with the Court order, failing to file his third amended complaint or a notice of voluntary dismissal.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to prosecute and failure to comply

with an Order of the Court.

**IN CHAMBERS** this 19th day of March 2018.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**